UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SIERRA CLUB,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DOGE SERVICE, et al.,<br><br>　　　　　Defendants. | Case No.  25-cv-09322-AGT<br><br>**CASE MANAGEMENT ORDER AND ORDER RE: MOTION TO DISMISS**<br><br>Re: Dkt. Nos. 15, 28 |

Defendants have petitioned for a writ of certiorari in *In re U.S. DOGE Service*, No. 25-5130 (D.C. Cir.). The parties agree that "the Supreme Court's resolution of that petition may result in binding determinations of one or more threshold legal issues" in this case, and they "jointly request that the Court decline to enter any schedule governing discovery at this time, pending the Supreme Court's disposition of the pending petition." Dkt. 28 at 5. The Court grants the parties' request. The Court will not enter a case schedule at this time. Within one week of the Supreme Court's disposition of the pending petition, the parties shall file a joint status report, in which they explain their proposed next steps.

Because threshold issues regarding FOIA's applicability remain unsettled, the Court

declines to rule on Defendants' partial motion to dismiss. Dkt. 15. The Clerk of the Court shall remove the gavel next to the motion in CM/ECF. After the Supreme Court resolves the pending petition, the parties may ask the Court to consider the motion if they believe that a ruling would materially advance the case and be an efficient use of judicial resources.

The Court vacates the March 27, 2026, case management conference.

**IT IS SO ORDERED.**

Dated: March 23, 2026

Alex G. Tse
United States Magistrate Judge