UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIERRA CLUB,
Plaintiff,

v.

UNITED STATES DOGE SERVICE, et al.,
Defendants.

Case No. 25-cv-09322-AGT

**ORDER RE: STATUS REPORT**

Re: Dkt. No. 30

The Supreme Court recently granted a writ of certiorari in *U.S. DOGE Service v. U.S. District Court for the District of Columbia*, No. 25-1103 (U.S. Oct. 13, 2026). Because the parties anticipate that the Supreme Court's ultimate decision in *U.S. DOGE Service* "may result in binding determinations of one or more threshold legal issues" in this case, the Court adopts their proposal to continue the stay of further proceedings. Status Rpt., Dkt. 30 at 2. The parties shall file a further joint status report within one week of the Supreme Court's opinion in *U.S. DOGE Service*, informing the Court how they intend to proceed.

**IT IS SO ORDERED.**

Dated: October 15, 2026

Alex G. Tse
United States Magistrate Judge